IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00360-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. EVER JOSE DOMINGUEZ-RUBIO,
    aka Ever Dominguez,
    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce EVER JOSE DOMINGUEZ-RUBIO before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Unlawful Reentry of an Alien After Deportation After and Aggravated Felony Conviction in violation of Title 8 U S C § 1326(a) and (b)(2), and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 17th day of October, 2006.

                                          UNITED STATES MAGISTRATE JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO