UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00360-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EVER JOSE DONINGUEZ-RUBIO,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, December 20, 2006,** and responses to these motions shall be filed by **Friday, December 29, 2006.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, January 5, 2007, at 4:30 p.m.,** in courtroom A-1002. It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Tuesday, January 16, 2007, at 9:00 a.m.**, in courtroom A-1002.

Dated: November 14, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge