UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00360-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EVER JOSE DONINGUEZ-RUBIO,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Status Report and Request for Enlargement of Time filed by Defendant on January 23, 2007 (docket #22).  Based on the information set forth in the Status Report, it is hereby ORDERED that counsel for Defendant shall file a further status report on or before **Friday, February 16, 2007**, advising the Court whether this matter needs to be re-set for a Change of Plea or further proceedings.

    Dated:  January 24, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge