UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00360-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EVER JOSE DONINGUEZ-RUBIO,

    Defendant.

_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

    THIS MATTER is before the Court on the Order to Show Cause entered February 21, 2007 (docket #24).  Defendant filed a Response to Order to Show Cause, Status Report and Request for Change of Plea Hearing on February 26, 2007 (docket #25).  Upon review of the response and status report, and file in this case, it is hereby

    ORDERED that the Order to Show Cause (docket #24) is **DISCHARGED**.  It is

    FURTHER ORDERED that a Change of Plea Hearing is set for **Friday, March 30, 2007, at 11:00 a.m.**

    Dated: February 27, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge